# Supreme Court of Pennsylvania
## Court of Common Pleas
### Civil Cover Sheet

Berks County

8/11/2014

| For Prothonotary Use Only: |
|---|
| Docket No: 14-17117 |

RECEIVED PROTHONOTARY'S OFFICE
2014 AUG -8 P 3:59
BERKS COUNTY, PA
MARIANNE R. SUTTON
PROTHONOTARY

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

## SECTION A

**Commencement of Action:**
- ☐ Complaint
- ☒ Writ of Summons
- ☐ Transfer from Another Jurisdiction
- ☐ Petition
- ☐ Declaration of Taking

| Lead Plaintiff's Name: National Brokers of America | Lead Defendant's Name: Jason Scott Jordan |
|---|---|
| Are money damages requested? ☐ Yes ☒ No | Dollar Amount Requested: ☒ within arbitration limits (check one) ☐ outside arbitration limits |
| Is this a *Class Action Suit*? ☐ Yes ☒ No | Is this an *MDJ Appeal*? ☐ Yes ☒ No |

Name of Plaintiff/Appellant's Attorney: Julie Marburger, Esq.

☐ Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)

**Nature of the Case:** Place an "X" to the left of the ONE case category that most accurately describes your PRIMARY CASE. If you are making more than one type of claim, check the one that you consider most important.

## SECTION B

**TORT** *(do not include Mass Tort)*
- ☐ Intentional
- ☐ Malicious Prosecution
- ☐ Motor Vehicle
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability *(does not include mass tort)*
- ☐ Slander/Libel/Defamation
- ☒ Other: Trespass

**MASS TORT**
- ☐ Asbestos
- ☐ Tobacco
- ☐ Toxic Tort - DES
- ☐ Toxic Tort - Implant
- ☐ Toxic Waste
- ☐ Other:

**PROFESSIONAL LIABLITY**
- ☐ Dental
- ☐ Legal
- ☐ Medical
- ☐ Other Professional:

**CONTRACT** *(do not include Judgments)*
- ☐ Buyer Plaintiff
- ☐ Debt Collection: Credit Card
- ☐ Debt Collection: Other

- ☐ Employment Dispute: Discrimination
- ☐ Employment Dispute: Other

- ☐ Other:

**REAL PROPERTY**
- ☐ Ejectment
- ☐ Eminent Domain/Condemnation
- ☐ Ground Rent
- ☐ Landlord/Tenant Dispute
- ☐ Mortgage Foreclosure: Residential
- ☐ Mortgage Foreclosure: Commercial
- ☐ Partition
- ☐ Quiet Title
- ☐ Other:

**CIVIL APPEALS**
Administrative Agencies
- ☐ Board of Assessment
- ☐ Board of Elections
- ☐ Dept. of Transportation
- ☐ Statutory Appeal: Other

- ☐ Zoning Board
- ☐ Other:

**MISCELLANEOUS**
- ☐ Common Law/Statutory Arbitration
- ☐ Declaratory Judgment
- ☐ Mandamus
- ☐ Non-Domestic Relations Restraining Order
- ☐ Quo Warranto
- ☐ Replevin
- ☐ Other:

*Updated 1/1/2011*

writ issued
to atty

RECEIVED
PROTHONOTARY'S OFFICE

2014 AUG -8 P 3: 59

BERKS COUNTY, PA
MARIANNE R. SUTTON
PROTHONOTARY

JULIE MARBURGER, ESQUIRE
EBNER, NEVINS & MCALLISTER
604 Court St, Reading, PA, 19601
Tel. (610) 372-5128

Special Counsel for the Plaintiff

NATIONAL BROKERS OF : IN THE COURT OF COMMON PLEAS
AMERICA INC. : OF BERKS COUNTY, PENNSYLVANIA
    PLAINTIFF :
    v. : CIVIL ACTION – LAW
JASON SCOTT JORDAN : NO. 14-17117
    DEFENDANT : ASSIGNED: Timothy J. Rowley, J.

## PRAECIPE FOR WRIT OF SUMMONS

**TO THE PROTHONOTARY:**

Kindly issue Summons in civil action in the above case against Defendant, JASON JORDAN.

Respectfully Submitted,

Date: August 8, 2014

_____
JULIE MARBURGER, ESQ.

## WRIT OF SUMMONS

To:    JASON JORDAN
    890 South Matlack Street, West Chester, PA 19382

YOU ARE HEREBY NOTIFIED THAT, NATIONAL BROKERS OF AMERICA, INC., THE ABOVE-REFERENCED PLAINTIFF, HAS COMMENCED AN ACTION AGAINST YOU.

MARIANNE R SUTTON

DATE: 8/8/14    By: _Sarah Bugnoli_____
    Deputy,
    Prothonotary of Berks County

copy

## VERIFICATION

I, Julie Marburger, Esq., hereby verify that I am special counsel for National Brokers of America, Inc., and in that capacity, aver that the facts set forth in the attached Praecipe for Writ of Summons, are true and correct to the best of my knowledge, information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa.C.S.A. § 4904 relating to unsworn falsification to authorities.

DATE: August 8, 2014

_____
Julie Marburger, Esq.

|  |  |
|---|---|
| JULIE MARBURGER, ESQUIRE<br>EBNER, NEVINS & MCALLISTER<br>604 Court St, Reading, PA, 19601<br>Tel. (610) 372-5128 | Special Counsel for the Plaintiff |
| NATIONAL BROKERS OF<br>AMERICA INC.<br>    PLAINTIFF<br>v.<br>JASON SCOTT JORDAN<br>    DEFENDANT | IN THE COURT OF COMMON PLEAS<br>OF BERKS COUNTY, PENNSYLVANIA<br><br>CIVIL ACTION – LAW<br>NO. _____<br>ASSIGNED: _____ |

## CERTIFICATE OF ADDRESSES

I, Matthew M. Setley, Esq., hereby verify that the addresses of the parties to this civil action are as follows:

Plaintiff:
JULIE MARBURGER, ESQUIRE
EBNER, NEVINS & MCALLISTER
604 Court St, Reading, PA, 19601

Defendant:
James E. Sher, Esq.
15019 Kutztown Road
Kutztown, PA 19530

Date: August 8, 2014

Respectfully Submitted:

_____
JULIE MARBURGER, ESQ.