**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | Chapter 7 |
| | : | |
| **National Brokers of America, Inc.,** | : | Case No. 19-15488 (PMM) |
| | : | |
| Debtor. | : | |
| | : | |
| **National Brokers of America, Inc.,** | : | |
| **Robert H. Holber as Chapter 7 Trustee** | : | |
| of National Brokers of America, Inc., | : | Adv. Proc. 20-16 (PMM) |
| | : | |
| **Plaintiff,** | : | |
| v. | : | |
| | : | |
| **Jason Scott Jordan,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER GOVERNING PROCEDURES AT STATUS HEARING CONDUCTED REMOTELY BY ZOOM VIDEOCONFERENCE

**AND NOW**, whereas the Court having **SCHEDULED** a status hearing ("the Hearing") in the above-captioned adversary proceeding for June 24, 2020 at 2:00 p.m.;

**AND**, due to the limitations on public gatherings imposed by public health authorities in response to the COVID-19 pandemic, it being impractical to conduct the Hearing in the ordinary course in the courtroom;

**AND** in order to facilitate a more productive and fruitful hearing, the Court having determined that the Hearing will be held via Zoom (the "Videoconference Hearing");

**It is therefore ORDERED** that the parties shall comply with the following procedures in connection with the Videoconference Hearing:

1

**Technological and Logistical Protocols**

1. Any attorney or party or representative of a party wishing to attend the Videoconference Hearing and participate by video shall notify the Courtroom Deputy (Barbara_Spinka@paeb.uscourts.gov) at least 72 hours prior to the Hearing.[1]

2. **ALL AUDIO WILL BE THROUGH THE ZOOM WEBSITE. IT IS STRONGLY PREFERRED THAT ALL PARTICIPANTS EMPLOY THE COMPUTER AUDIO OPTION RATHER THAN THE TELEPHONIC OPTION AVAILABLE ON THE WEBSITE.**

3. To reduce the risk of transmission problems with the video or audio during the Videoconference Hearing, the parties should, when possible, limit themselves to one (1) participating attorney and it is preferable that those persons who do not anticipate addressing the Court limit themselves to audio participation. The Court reserves the right to limit the attendance of non-litigants and their counsel to receipt of audio.

4. Because Zoom technology permits the participants to set a virtual background when using the video function, all participants are instructed that any virtual background must be dignified and respectful. The background may not contain any messages or background that is political or that may influence the witness or the proceeding or that is otherwise inappropriate . **FAILURE TO COMPLY WITH THIS PARAGRAPH MAY RESULT IN THE IMPOSITION OF SANCTIONS**.

5. **CONSISTENT WITH JUDICIAL CONFERENCE POLICY, NO PERSON MAY RECORD THE VIDEO OR AUDIO OF THE VIDEOCONFERENCE HEARING. FAILURE TO COMPLY WITH THIS PARAGRAPH MAY RESULT IN THE**

---

[1] An attorney may make the request on behalf of a client or client representative.

IMPOSITION OF SANCTIONS.

Date:  June 16, 2020

*Patricia M. Mayer*
_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**